HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOHN JACOB GULLATT III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00109-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JOHN JACOB GULLATT III, | DATE: February 10, 2020<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for January 27, 2020, at 2:00 p.m. before the Honorable Barbara A. McAuliffe, may be continued to February 10, 2020, at 10:00 a.m. before the Honorable Dale A. Drozd for further status conference / change of plea setting.

The parties have reached an agreement as to the main terms to resolve this case. Some additional time is needed for the parties to finalize all the additional details of the plea agreement and execute the written version. Counsel for the government is scheduled to be in jury trial on January 22, 2020. As such, the parties have requested the February 10, 2020 date before Judge Drozd for status conference / change of plea.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded

through February 10, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary to permit time for the parties to engage in plea negotiations and for the defense to continue its investigation and preparation.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: January 21, 2020  */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 21, 2020  */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
JOHN JACOB GULLATT III

# **O R D E R**

IT IS SO ORDERED that the 5th status conference set on January 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe be VACATED. It is further ordered that at change of plea/status conference be set on February 10, 2020 at 10:00 AM before District Judge Dale A. Drozd. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **January 22, 2020**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE