HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOHN JACOB GULLATT III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00109-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JOHN JACOB GULLATT III, | DATE: March 2, 2020<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for February 10, 2020, may be continued to March 2, 2020, at 10:00 a.m. before the Honorable Dale A. Drozd for further status conference / change of plea setting.

The parties have reached an agreement as to the main terms to resolve this case. However, recently the parties have discovered a material guideline issue they did not previous contemplate which may materially affect the guideline calculation in the instant case and require some modifications to the agreement. As such, the parties are requesting some additional time for further legal research and to finalize the terms of the plea agreement.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through March 2, 2020 because there is good cause for the requested continuance and the ends of

justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary to permit time for the parties to engage in plea negotiations and for the defense to continue its investigation and preparation.

Respectfully submitted,
McGREGOR SCOTT
United States Attorney

DATED: February 5, 2020      /s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 5, 2020      /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
JOHN JACOB GULLATT III

**O R D E R**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the change-of-plea hearing currently set for February 10, 2020, is hereby continued to March 2, 2020 at 10:00 a.m. before the Honorable Dale A. Drozd, and that the time period between February 10, 2020, and March 2, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **February 5, 2020**                             _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE