

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER**

USA

          Plaintiff(s),    Case No. 1:19-cr-00109-DAD-BAM-1

v.

JOHN JACOB GULLATT II

          Defendant(s).

I, _____Nicholas Wooldridge_____,

attorney for ___John Jacob Gullatt III_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Wooldridge Law LTD |
| Address: | 400 S. 7th Street |
| | Ste 400 |
| City: | Las Vegas |
| State: | NV    ZIP Code: 89101 |
| Voice Phone: | ( 702 ) 623-6362 |
| FAX Phone: | ( 702 ) 359-8494 |
| Internet E-mail: | nicholas@wooldridgelawlv.com |
| Additional E-mail: | adam@wooldridgelawlv.com |
| I reside in City: | Las Vegas    State: NV |

I was admitted to practice in the   Supreme Court State of Nevada   (court) on   April 27, 2004   (date). I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

    I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

    I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Jerome Haig

Firm Name:   Law Office of Jerome Haig

Address:     21143 Hawthorne Blvd

           Suite 454

City:        Torrance

State:       CA       ZIP Code: 90503

Voice Phone: ( 424 ) 488-0686

FAX Phone:   ( 424 ) 271-5990

E-mail:      jerome@jeromehaiglaw.com

Dated:  09/08/2020          Petitioner: */s/ Nicholas Wooldridge*

## **ORDER**

Certificate of good standing is not attached to the final document approved by the Court but attached to the filing submitted by counsel on September 8, 2020.

IT IS SO ORDERED.

Dated:  **September 8, 2020**           /s/ *Barbara A. McAuliffe*