NICHOLAS M. WOOLDRIDGE
Nevada State Bar No.: 8732
WOOLDRIDGE LAW LTD.
400 SOUTH 7TH STREET, SUITE 400
LAS VEGAS, NV 89101
TELEPHONE: (702) 623-6362
FACSIMILE: (702) 359-8494
EMAIL: NICHOLAS@WOOLDRIDGELAWLV.COM

Attorney for Defendant
*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN JACOB GULLAT III,<br><br>*Defendant.* | Case No.: 1:19-CR-00109-DAD-BAM<br><br>**AMENDED ORDER FOR TEMPORARY RELEASE TO ATTEND FUNERAL** |

The defendant, John Jacob Gullat III, is ordered released from the Kern County Jail on September 14, 2020, no later than 6:00 a.m. to Bruce Brown to attend his father's funeral. Mr. Brown is to have visual contact with the Defendant at all times during this period of release. The Defendant shall be returned to the Kern County Jail no later than 7:00 p.m. on the same day, September 14, 2020.

IT IS SO ORDERED.

Dated:  **September 11, 2020**                          _____
                                                                              UNITED STATES DISTRICT JUDGE

1