McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JACOB GULLATT III,<br><br>Defendant. | CASE NO. 1:19-CR-00109-DAD<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: December 14, 2020<br>COURT: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the SENTENCING scheduled for OCTOBER 19, 2020, at 10:00 a.m. be continued to December 14, 2020, at 9:00 a.m. to allow for the defendant to be interviewed by Probation and for Probation to prepare the presentence report.  Because this continuance involves a change in the sentencing date, no exclusion of time is necessary.

Dated:  September 24, 2020          McGREGOR W. SCOTT
                                    United States Attorney


                                    By:  /s/ JUSTIN J. GILIO
                                         JUSTIN J. GILIO
                                         Assistant United States Attorney

Dated: September 24, 2020
                                    By: */s/ Nicholas Wooldridge*
                                         Nicholas Wooldridge
                                         Attorney for Defendant, John Jacob Gullatt III

1

**ORDER**

The sentencing hearing set for Tuesday, October 19, 2020 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, December 14, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **September 28, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2