NICHOLAS M. WOOLDRIDGE
Nevada State Bar No.: 8732
WOOLDRIDGE LAW LTD.
400 SOUTH 7TH STREET, SUITE 400
LAS VEGAS, NV 89101
TELEPHONE: (702) 623-6362
FACSIMILE: (702) 359-8494
EMAIL: NICHOLAS@WOOLDRIDGELAWLV.COM

Attorney for Defendant
*Admitted Pro Hac Vice

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>JOHN JACOB GULLATT III,<br><br>　　　　　*Defendant.* | Case No.: 1:19-CR-00109-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: January 26, 2021<br>COURT: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the SENTECNING scheduled December 14, 2020, at 10:00 am be continued to January 26, 2021 at 9:00 am. The continuance involves a change in the sentencing date, no exclusion of time is necessary.

Dated: December 10, 2020

Dated:　　　　　　　　　　　　　　　　By: /s/ *Nicholas Wooldridge*
　　　　　　　　　　　　　　　　　　　Nicholas Wooldridge
　　　　　　　　　　　　　　　　　　　Attorney for Defendant, John Jacob Gullatt III


Dated:　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　United States of Attorney

　　　　　　　　　　　　　　　　　　　By: /s/ Justin Gilio_____
　　　　　　　　　　　　　　　　　　　JUSTIN J. GILIO
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: __December 10, 2020__                     _/s/ Dale A. Drozd_
                                                 UNITED STATES DISTRICT JUDGE