1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN GILIO
   LAURA BERGER
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00109-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOHN JACOB GULLATT III, | |
| Defendant. | |

WHEREAS, on December 22, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant John Jacob Gullatt, III in the following property:

   a. Black and silver Sig Sauer P220 Equinox handgun with serial number 37A033546; and

   b. All ammunition and firearms seized in this case.

AND WHEREAS, beginning on January 18, 2021, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1  AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

   a. Alan Scher: A notice letter was sent via certified mail to Alan Scher at 940 Atrium Road, Fernley, NV 89408 on March 19, 2021. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Alan Scher on March 24, 2021.

AND WHEREAS, the Court has been advised that Alan Scher has not filed a claim to the subject property and the time for him to file a claim has expired.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of John Jacob Gullatt, III and Alan Scher.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **April 27, 2021**

_____
UNITED STATES DISTRICT JUDGE